UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 16-CR-_____ |
| v. ) | |
| ) | |
| CHRISTOPHER BARKER ) | |
| _____ ) | |

## INDICTMENT

**The Grand Jury charges:**

## COUNT ONE
**[18 U.S.C. §§ 922(g)(1), 924(a)(2) – Possession of a Firearm by a Prohibited Person]**

On or about March 29, 2016, in the District of New Hampshire, the defendant,

**CHRISTOPHER BARKER,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearms in and affecting interstate commerce: a Ruger, Model P89, 9mm Caliber Pistol, Serial Number 307-49489 and a Beretta, Model 92FS, 9mm Caliber Pistol, Serial Number BER719259.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FIREARMS FORFEITURE
## PURSUANT TO 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

The above allegation of this Indictment is hereby re-alleged as if fully set forth herein and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. 924(d). Upon conviction of the offense alleged above in this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the firearms listed above.

All in violation of Title 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c).

Dated: October 19, 2016

A TRUE BILL

/s/ Foreperson
GRAND JURY FOREPERSON

EMILY GRAY RICE
United States Attorney

By: /s/ Georgiana L. Konesky
Georgiana L. Konesky
Assistant U.S. Attorney